IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES INGRAM                                                     PLAINTIFF

v.                        No. 3:20-cv-278-DPM

KEITH BOWERS,
Admin, Craighead County                                          DEFENDANT

## JUDGMENT

Ingram's complaint IS dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 November 2020